# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| TOM BUDNICK, *Plaintiff* <br> v. <br> DOUG CLARK, WEST SPRINGFIELD MA PD, BAYSTATE NOBLE HOSPITAL CORPORATION and THE PROVIDENCE HOSPITAL, INC, *Defendant* | ) ) ) ) ) Civil Action No. 2:17-CV-00013-JLQ |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other:   Plaintiff's Amended Complaint, ECF No. 5, is DISMISSED without prejudice.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge   Justin L. Quackenbush

Date:  March 30, 2017

*CLERK OF COURT*

SEAN F. McAVOY

s/ Cora Vargas
*(By) Deputy Clerk*

Cora Vargas